Edit Szanto [ISB #10587]
**BLUE LAKES LAW, PLLC**
155 2ND AVENUE N, SUITE 201
PO BOX 5126
TWIN FALLS, ID 83301
Telephone: (208) 244-5200
FAX: (208) 907-0973
E-mail: Edit.Szanto@bluelakeslaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KAYLE COREY HOBBS**<br><br>     Plaintiff,<br><br>vs.<br><br>**COLLEGE OF SOUTHERN IDAHO**;<br>**ERIC ROGER NIELSON**, in his individual capacity; **TODD KEVIN SCHWARZ**, in his individual capacity; and **DAVID JEFFREY FOX**, in his individual capacity<br><br>     Defendants. | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)(A)(2)]**<br><br>Civil No.  1:20-cv-00269-JCC<br><br>Judge     John C. Coughenour |

　　　　Plaintiff Kayle Corey Hobbs and Defendants College of Southern Idaho, Eric Roger Nielson, Todd Kevin Schwarz, and David Jeffrey Fox, by and through their undersigned counsel of record, hereby stipulate and agree under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that an order be entered dismissing this case in its entirety with prejudice subject to the following terms:

　　　　1.　　Payment to Plaintiff in the amount of $50,000 to settle all of Plaintiff's disputed claims and causes of action against all Defendants, including the claim under the Fair Labor Standards Act. The settlement amount fairly and reasonably compensates Plaintiff, because it includes an amount that represents a full

uncompromised recovery of all alleged, but disputed, overtime wages and including any potential liquidated damages;

2.   Each party bearing that party's own attorney's fees and costs.

3.   By entering into this stipulation, Defendant does not concede to any of the

allegations asserted by Plaintiff and does not admit that any such alleged facts have been proven or are true.

Dated this 22 day of February 2021.


By: s/ Edit Szanto
EDIT SZANTO [ISB #10587]
**BLUE LAKES LAW, PLLC**
155 2ND AVENUE N, SUITE 201
PO BOX 5126
TWIN FALLS, ID 83301
Telephone: (208) 244-5200
FAX: (208) 907-0973
E-mail: Edit.Szanto@bluelakeslaw.com
Attorney for Plaintiff


By: s/Joan E. Callahan
JOAN E. CALLAHAN [ISB #9241]
**NAYLOR & HALES, P.C.**
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone: (208) 383-9511
FAX: (208) 383-9516
E-mail: joan@naylorhales.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Edit Szanto, hereby certify that on February 22, 2021, a true and correct copy of the forgoing document was served on the following via CM/ECF:

Tyler D. Williams [ISB No. 8512]
Landon S. Brown [ISB No. 9023]
Joan E. Callahan [ISB No. 9241]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone: (208) 383-9511
FAX: (208) 383-9516
E-mail:
tdw@naylorhales.com
joan@naylorhales.com
landon@naylorhales.com

Attorneys for Defendants

By: s/ Edit Szanto
EDIT SZANTO
**BLUE LAKES LAW, PLLC**
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KAYLE COREY HOBBS**<br><br>     Plaintiff,<br><br>vs.<br><br>**COLLEGE OF SOUTHERN IDAHO**; **ERIC ROGER NIELSON**, in his individual capacity; **TODD KEVIN SCHWARZ**, in his individual capacity; and **DAVID JEFFREY FOX**, in his individual capacity<br><br>     Defendants. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No.  1:20-cv-00269-JCC<br><br>Judge     John C. Coughenour |

## ORDER OF DISMISSAL

The Court, having reviewed the Stipulation for Dismissal with Prejudice submitted by the parties and deeming itself fully advised in all matters, pursuant to the foregoing Stipulation, does hereby:

ORDER, ADJUDGE AND DECREE that all claims and causes of action against all parties in the above-captioned case are DIMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs. The Clerk is directed to CLOSE this case.

DATED this __ day of February 2021.

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT JUDGE

Presented by:

By: s/ Edit Szanto
EDIT SZANTO [ISB #10587]
**BLUE LAKES LAW, PLLC**
155 2^(ND) AVENUE N, SUITE 201
PO BOX 5126
TWIN FALLS, ID 83301
Telephone: (208) 244-5200
FAX: (208) 907-0973
E-mail: Edit.Szanto@bluelakeslaw.com
Attorney for Plaintiff


By: s/ Joan E. Callahan
JOAN E. CALLAHAN [ISB #9241]
**NAYLOR & HALES, P.C.**
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone: (208) 383-9511
FAX: (208) 383-9516
E-mail: joan@naylorhales.com
Attorney for Defendants